

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00657-CV

Richard **LESHIN**, Successor Trustee of The Davila Family Trust, Trust A,
Appellant

v.

Juan Gerardo **OLIVA** and Rosina Oliva, Individually
and as Successor Trustee of The Davila Family Trusts B, C, and D,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CVF-000855-D4
Honorable Oscar J. Hale Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the matter is REMANDED to the trial court for further proceedings consistent with this court's opinion.

We order that appellant Richard Leshin, Successor Trustee of the Davila Family Trust, Trust A, recover his cost of appeal, if any, from appellees Juan Gerardo Oliva and Rosina Oliva, Individually and as Successor Trustee of The Davila Family Trusts B, C, and D.

SIGNED July 29, 2015.

Marilyn Barnard